SS-6

FILED
CLERK, U.S. DISTRICT COURT
FEB 21 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>KATHRYN WILLIAMS; and DOES 1 through 10, inclusive<br><br>             Defendants. | Case No. 2:16-cv-00238-SJO-KS<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**<br><br>[F.R.Civ.P. 41(a)] |

Having received Plaintiff's notice pursuant to Federal Rules of Civil Procedure, Rule 41(a), IT IS HEREBY ORDERED that this action is dismissed in its entirety without prejudice.

IT IS SO ORDERED.

Dated: 2/21/16

_____
Honorable S. James Otero
United States District Judge